# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | NO. 09-612 |
| | : | |
| MICHAEL MATTHEWS | : | |

## O R D E R

AND NOW, this 1st day of July, 2010, upon consideration of Defendant Michael Matthews' Motion to Suppress Physical Evidence (Doc. No. 29), the Government's Response in Opposition (Doc. No. 32), and the Supplemental Briefing (Doc. Nos. 48, 49), it is hereby ORDERED that Mr. Matthews' Motion to Suppress Physical Evidence is DENIED.

BY THE COURT:

   /s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE