IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | NO. 09-612-1 |
| MICHAEL MATTHEWS | : | |

## ORDER

AND NOW, this 9th day of July, 2010, upon consideration of Defendant Michael Matthews' Motion to Vacate the Pretrial Detention Order Issued by the Magistrate Judge and to Impose Conditions of Pretrial Release (Doc. No. 43), it is hereby ORDERED that Mr. Matthews' Motion is DENIED, as the Government has proven by a preponderance of the evidence that no condition or combination of conditions will reasonably assure Mr. Matthews' appearance as required.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE