# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | |
| | : | No.   09-612-1 |
| **MICHAEL MATTHEWS** | : | |

**O R D E R**

**AND NOW,** this 30th day of July, 2020, upon consideration of the Defendant's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. No. 166), it is **ORDERED** that the Government shall file a response on or before August 7, 2020.

BY THE COURT:

  /s/ Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge