IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| MICHAEL MATTHEWS | : | No. 09-612-1 |

## ORDER

AND NOW, this 31st day of August, 2020, upon consideration of Michael Matthews' Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. No. 166), the Government's response in opposition (Doc. No. 168) and accompanying exhibit (Doc. No. 169), it is **ORDERED** that the Motion to Reduce Sentence (Doc. No. 166) is **DENIED** for the reasons set forth in the Court's accompanying Memorandum.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE